AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

United States
v.
Paul Calcasola, and
Elisabel Rivas

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Paul Calcasola

January 23, 2004
Date

C. Jeffrey Kinder
Signature

C. Jeffrey Kinder
Print Name

Heist, Pucci + Kinder LLP
Address

64 Gothic Street
City            State           Zip Code

Northampton, MA 01060
Phone Number

(413) 584-8067