UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 MAR -5  P 6: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30002-MAP |
| vs. | ) |
| PAUL CALCASOLA and ELISABEL RIVAS, | ) |
| Defendants. | ) |

**PARTIES' JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1.  The parties agree that no relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3.

2.  The defendants have not requested discovery under FRCP 16(a)(1)(G). Defendants agree to provide reciprocal discovery under FRCP 16(b)(1)(C) if the defendants decide to use an expert witness in this case.

3.  The parties expect to provide additional discovery in the future. The Government sent its automatic discovery letters to the defendants. To date, one defendant has made an

1

appointment to inspect and/or copy materials.

4. The parties agree that a motion date should not be set under FRCP 12(c).

5. Excludable delay should be ordered under 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3). Twenty-eight days of excludable delay occurred from the last arraignment, which occurred on February 9th, 2004 for defendant Rivas, through and including March 8st, 2004, pursuant to Local Rule 112.2(A)(2).

Therefore, seventy days will remain on the Speedy Trial Clock as of March 9th, 2004, the day of the status conference. This means that the present case must be tried by May 18th, 2004.

6. The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of one and a half weeks.

7. The parties recommend another interim status conference in early May, 2004. Counsel for defendant Calcasola and for the United States will be involved in a trial commencing on March 29, 2004. That trial is estimated to last three weeks.

Filed this 5th day of March, 2004.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

                    _____
                    WILLIAM M. WELCH II
                    Assistant United States Attorney


For defendant Paul Calcasola:


_____
C. JEFFREY KINDER, ESQ.
Counsel for defendant Calcasola

For defendant Elisabel Rivas:



_____
JUDITH KNIGHT, ESQ.
Counsel for defendant Rivas

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      March 5, 2004

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by faxing said motion to:

C. Jeffrey Kinder, Esq.
64 Gothic Street
Northampton, MA  01103

Judith C. Knight, Esq.
342 Main Street
Great Barrington, MA  01230

_____
WILLIAM M. WELCH II
Assistant United States Attorney