UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.   )<br>)<br>)<br>PAUL CALCASOLA and   )<br>ELISABEL RIVAS,   )<br>           Defendants   ) | Criminal No. 04-30002-MAP |

INTERIM SCHEDULING ORDER
March 9, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day.

1. An interim status conference will be held on May 5, 2004, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, May 3, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge