FREDERICK U. FIERST*
JOHN P. PUCCI
C. JEFFREY KINDER**

JONATHAN J. KANE***
OF COUNSEL

WALTER C. SOMOL

**FIERST, PUCCI & KINDER LLP**
ATTORNEYS AT LAW
64 GOTHIC STREET
NORTHAMPTON, MASSACHUSETTS 01060-3042

(413) 584-8067
TELECOPIER (413) 585-0787
EMAIL: (recipient's name)@fierstpucci.com
WEBSITE: www.fierstpucci.com

FILED
CLERK'S OFFICE

'04 MAR 10 A 11:33

U.S. DISTRICT COURT
DISTRICT OF MASS

March 9, 2004

William Welch, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office
1550 Main Street
Springfield  MA   01103

Re:  U.S. v. Paul Calcasola, Criminal No. 04-CR-30002-MAP

Dear Mr. Welch:

Please consider this letter a request for disclosure of expert witness information pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure.

Thank you for your cooperation and please call me at (413) 584-8067 if you have any questions.

Very truly yours,

C. Jeffrey Kinder

CJK/hs
Copy to:   Clerk, U.S. District Court ✓
           Paul Calcasola
           Judith Knight

\* ALSO ADMITTED IN NEW YORK
\** ALSO ADMITTED IN COLORADO
\*** ALSO ADMITTED IN NEW HAMPSHIRE AND CONNECTICUT