UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.  3:04-CR-30002-MAP

UNITED STATES OF AMERICA

v.

PAUL CALCASOLA and
ELISABEL RIVAS,
      Defendants

## **DEFENDANT PAUL CALCASOLA'S MOTION TO CONTINUE STATUS CONFERENCE**
**(Assented to)**

Defendant Paul Calcasola ("Calcasola") hereby moves the Court to continue the status conference scheduled for June 16, 2004 in the above-captioned case.

In support of this motion counsel for Calcasola states that on June 16, 2004 he will be on trial in Berkshire County Superior Court in the case of <u>Berkshire Wireless Inc. v. Fillebrown Tower Inc.</u>, Civil Action 02-232.  Further, undersigned counsel has discussed this motion with counsel for Defendant Elisabel Rivas and counsel for the Government, both of whom have assented to the continuance.

WHEREFORE, Calcasola respectfully requests that the status conference be continued to a date convenient to the Court after July 1, 2004.

```
                                        Respectfully submitted,
                                        PAUL CALCASOLA, Defendant
                                        By his attorney,
Dated:  June 11, 2004

                                        /s/C. Jeffrey Kinder
                                        C. Jeffrey Kinder, BBO# 563890
                                        FIERST, PUCCI & KINDER LLP
                                        64 Gothic Street, Suite 4
                                        Northampton  MA  01060-3042
                                        413-584-8067
                                        413-585-0787 (facsimile)
                                        kinder@fierstpucci.com
```