UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-30002-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL CALCASOLA and | ) | |
| ELISABEL RIVAS, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby moves to dismiss Counts Two through Four as to defendant Paul Calcasola, and Counts One through Three as to defendant Elisabel Rivas pursuant to the terms and conditions of the plea agreement between the United States and the defendants.

Filed this 5th day of January, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant United States Attorney

1

CERTIFICATE OF SERVICE

Hampden, ss.                                  Springfield, Massachusetts
                                              January 5, 2005

I, William M. Welch II, Assistant United States Attorney, hereby certify that a true copy of the above document was served by mail upon:

C. Jeffrey Kinder, Esq.
64 Gothic Street
Northampton, MA  01103

Judith C. Knight, Esq.
342 Main Street
Great Barrington, MA  01230

_____
WILLIAM M. WELCH II
Assistant United States Attorney

2